IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE ANN LACKEY, | Case No. 2:10-CV-00537-GEB-DAD |
| Plaintiff, | ORDER REFERRING CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM; AND AMENDING SCHEDULING ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The portion of the parties' stipulation filed September 13, 2010, in which this case is referred to the Voluntary Dispute Resolution Program is APPROVED, and therefore the scheduling order is amended below.

This case shall be referred to the Court's Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271.  The VDRP process shall be completed within 60 days of the selected Neutral's notification of his or her willingness to serve as Neutral for the action.

The scheduling order is amended as follows: all discovery shall be completed by September 15, 2011; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure requirements on or before April 15, 2011, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before May 16, 2010; the last hearing date for motions is November 21, 2011, commencing at 9:00 a.m.; the final pretrial conference commences at 1:30 p.m. on January 17, 2012; and trial commences at 9:00 a.m. on April 17, 2012.

IT IS SO ORDERED.

Dated:  September 14, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge